IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:23cr 139 |
| | ) | |
| v. | ) | 18 U.S.C. § 545 |
| | ) | Smuggling of Goods |
| TRUE NORTH TACTICAL, LLC, | ) | |
| | ) | |
| *Defendant.* | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

From in or about November 2014 through in or about April 2017, in the Eastern District of Virginia and elsewhere, TRUE NORTH TACTICAL, LLC, the defendant, fraudulently and knowingly did import and bring into the United States certain merchandise (that is, Chinese-made tactical goods), contrary to law, and did receive, conceal, and sell such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law, specifically, 10 U.S.C. § 2533a, which prohibits the Department of Defense from procuring clothing, fabrics, fibers, and other textile products that are not grown or manufactured in the United States, unless various exceptions apply.

(All in violation of Title 18, United States Code, Section 545.)

1

                Jessica D. Aber
                United States Attorney

By:    _____
                *Digitally signed by JOSEPH KOSKY*
                *Date: 2023.08.31 09:03:53 -04'00'*

                Joseph L. Kosky
                Assistant United States Attorney
                United States Attorney's Office
                101 West Main Street, Suite 8000
                Norfolk, Virginia 23510
                Office Number: 757-441-6331
                Facsimile Number: 757-441-6689
                E-Mail Address: Joseph.Kosky@usdoj.gov